A CERTIFIED TRUE COPY

MAR 24 2003

ATTEST

FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Platt
Orenstein
1579

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 06 2003

FILED CLERK'S OFFICE

DOCKET NO. 799 CV 03 1579

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE AIR DISASTER AT LOCKERBIE, SCOTLAND, ON DECEMBER 21, 1988**

*Jodi Hagerman, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*,
D. District Of Columbia, C.A. No. 1:02-2147

PLATT, J.
ORENSTEIN, M.

## CONDITIONAL TRANSFER ORDER

On April 4, 1989, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 169 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Thomas C. Platt, Jr.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Platt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 4, 1989, 709 F.Supp. 231 (J.P.M.L. 1989), and, with the consent of that court, assigned to the Honorable Thomas C. Platt, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 24 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

m 36