EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ALBA R. MORALES

ATTORNEYS AT LAW
545 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

April 19, 2006

***By Telecopier***

Hon. Thomas C. Platt
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Pan Am Flight 103 Cases*

Dear Judge Platt:

We write to request until Friday, April 28, 2006 to submit our time records, as ordered by the Court at yesterday's hearing. This request is made because the person responsible for maintaining our billing records is currently on vacation and will not be back in the office until the middle of next week.

In addition, we write to suggest that the Court consider a somewhat different framework for evaluating whether the Plaintiffs' Committee is entitled to extract a 3% fee from our firm. As we stated at the hearing, we do not object to providing our records for the Court's review. We believe, however, that the framework the Court has adopted in evaluating the *Plaintiffs' Committee's* application for a fee is legally incorrect. Rather, it is our view that the Court is obligated to review the *Plaintiffs' Committee's* time records in order to determine whether their motion for a Committee fee from ECBA is reasonable.

However, there is an additional reason to order production of the Plaintiffs' Committee's records. If the Court adopts the framework it describe at the April 18 hearing -- namely, that it would evaluate only the work performed by ECBA in order to determine whether ECBA is entitled to an exemption from a Committee fee – the Court must consider the work of *each* member firm of the Committee individually. The Plaintiffs' Committee consisted of nine lawyers from six firms. While the lawyers from Kreindler & Kreindler may have shouldered the lion's share of the Committee's work, other lawyers -- such as Jerome Skinner and Read McCaffrey – were undoubtedly less involved in this litigation than the "lead" Committee lawyers. In fact, these lawyers likely participated less than this Firm. Notwithstanding this fact,

Mr. Skinner's firm received its full contingency fee for its eleven cases, and Mr. McCaffrey's firm received its full contingency fee for its six cases (ECBA also represented six families). The equities do not justify a fee against ECBA if any firm, only by virtue of having been on the Plaintiffs' Committee in the Air Disaster litigation but having not significantly participated in the case against Libya, is exempted from a Committee fee. The Court is, therefore, obligated to, at a minimum, review the time records for Mr. McCaffrey's firm (Patton Boggs L.L.P.) and Mr. Skinner's firm (Waite, Schneider, Bayless & Chesley Co.).

In this case, ECBA should be exempt from paying a fee to the Committee because it (1) filed the second lawsuit against Libya; (2) assisted in the campaign to amend the law permitting a case against Libya (rather than opposed it); (3) consistently sought to participate in the litigation, despite the Committee's refusal to advise our Firm of the status of discovery and court conferences, *see* Supplemental Declaration of Richard D. Emery, dated Apr. 14, 2006, ¶¶ 3- 9; (4) sought, but was denied, a seat on the Plaintiffs' Committee in order to more actively pursue a case it started in 1993, *id.*, and (5) positively contributed to the case and ultimately assisted the settlement process by providing "outside" pressure on Libya to settle. Additionally, ECBA should not pay a fee to the Committee given that other Committee members, who were members in name only, did not substantially contribute to this case but have also been exempt from paying a Committee fee.

Notwithstanding our view that it is unreasonable to order ECBA to pay a fee to the Committee, ECBA will provide its records on or before April 28, 2006

Respectfully submitted,

Richard D. Emery

c: Steven R. Pounian (*by telecopier*)
Kreindler & Kreindler
100 Park Avenue
New York, New York
*On Behalf of the Plaintiffs' Committee*

W:\1279\0\SN3026.WPD