DF

# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ALBA R. MORALES

ATTORNEYS AT LAW
545 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

May 10, 2006

96-2077 (#583)
94-5557
03-1579
97-4079

*By Telecopier*

Hon. Thomas C. Platt
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

*Re: Pan Am Litigation*

Dear Judge Platt:

We represent plaintiffs in an outstanding attorneys' fees dispute with the Plaintiffs' Committee. At a conference on April 18, you asked me to produce records and information evidencing the contribution of the Emery Celli Brinckerhoff & Abady firm to the outcome in the consolidated MDL 799 partial settlement. Originally, I thought I could comply with the court's request by April 28. In a letter to the Court of April 26, I said that I thought I could prepare the requested submission by Friday, May 12.

Regrettably, I was, once again, too optimistic about my ability to obtain the necessary records. In addition, I have had unforseen professional engagements and have been ill. In order to provide the Court with the information you requested I need another two weeks. I presently plan to submit to the Court all the relevant documentary evidence by Thursday, May 25. As the Court knows, the 3% fee is currently in an interest bearing account controlled by the Plaintiffs' Committee. Therefore, I do not believe that anyone is prejudiced by this further delay after three years.

I apologize for this further delay. I will not ask for any further extension. Thank you for your attention to this matter.

583

Very truly yours,

Richard D. Emery

cc: Steven R. Pounian (*by telecopier*)
Kreindler & Kreindler
100 Park Avenue
New York, New York
*On Behalf of the Plaintiffs' Committee*

05/10/06
Request for an Extension to May 25, 2006 is Granted