FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y
★ JUL 12 2012 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X

In re: Air Disaster at Lockerbie,
Scotland, on December 21, 1988 MDL799

---------------------------------------------------X

Settlement has been approved and satisfied in this matter and pending matters have been resolved in the Court of Appeals. The Clerk's Office is directed to close the MDL and any remaining line cases based on settlement.

A copy of this order shall be forwarded to the United States Judicial Panel on Multidistrict Litigation.

Dated: July 12, 2012
Central Islip, NY

Honorable Thomas C. Platt

Thomas C. Platt
US Senior District Judge